# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RYAN STREET, | : Case No. 3:18-cv-221 |
| Plaintiff, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. #9). The parties move for the entry of a judgment reversing the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings consistent with this motion. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will hold a new hearing and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act and then issue a new decision. As part of the remand proceedings, the opinion evidence of record will be re-weighed in accordance with the applicable regulations and rulings.

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. #9) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

1-31-19

Walter H. Rice
United States District Judge